NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VERNA EILEEN ROBERTSON,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-4425
    )
U.S. BANK NATIONAL ASSOCIATION,    )
as Indenture Trustee for CIM Trust    )
2015-4AG Mortgage-Backed Notes    )
Series 2015-4AG,    )
    )
    Appellee.    )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Mark P. Stopa, Esq. of Stopa Law Firm,
Tampa, (withdrew after briefing); Latasha
Scott, Esq., of Lord Scott, P.A., Tampa
(withdrew after briefing); Richard J.
Mockler, Esq., of Stay In My Home, P.A.,
Tampa (withdrew after breifing); Ivan D.
Ivanov, Esq., of Ivanov & Wolf, P.A.,
Tampa, for Appellant.

Nancy N. Wallace, Esq., of Akerman LLP,
Tallahassee; William P. Heller, Esq. of
Akerman LLP, Fort Lauderdale; and
Brandon G. Forgione, Esq, of Akerman,
LLP., West Palm Beach, for Appellee.


PER CURIAM.

Affirmed.


LaROSE, C.J., and KHOUZAM, and LUCAS, JJ., Concur.